# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| RICHARD VOGLER, | Case No. 1:20-cv-01560 |
| Plaintiffs, | Judge J. Philip Calabrese |
| v. | |
| R S EXPEDITING LLC, *et al.*, | |
| Defendants. | |

## JUDGMENT

The Court filed its Opinion and Order in this matter.  Accordingly, the Court terminates this case pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**SO ORDERED.**

Dated:  February 1, 2021

J. Philip Calabrese
United States District Judge
Northern District of Ohio